| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Robert F. Brennan SBN 132449<br>LAW OFFICES OF ROBERT F. BRENNAN<br>3150 Montrose Ave.<br>La Crescenta CA 91214<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>818-249-5291<br><br><br>Ref. No. or File No.<br>Tharp v. Citibank NA et al. | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St, Rm G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Tharp, Brent   v. Citibank N.A. | | |

| INVOICE NO.<br>978073 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>CV 14-3519 ODW MRW |
|---|---|---|---|---|

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ. P 4(c) and that I served the:

Summons, Complaint for Damages, Civil Cover Sheet, Certification and Notice of Interested Parties;

On: Experian Information Solutions, Inc., is a business entity

At: 818 West Seventh St. Ste. 200
   Los Angeles, CA 90017

In the above mentioned action by personally serving to and leaving with

Jan Lapinid
Whose title is: Agent at CT Corporation

On: 5/12/2014                          At: 02:30 PM

Person who served papers
   a. Name: Albert Palomera
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 59.00
   e. I am:
   (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.: 2013198035
        (iii) County: Los Angeles

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/14/2014

Albert Palomera

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16                >

**Declaration of Service**