| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>91214<br>ROBERT F. BRENNAN, PC<br>3150 Monterose Avenue<br>La Cresenta, CA 91214<br><br>TELEPHONE NO.: (818) 249-5291<br><br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| CENTRAL DISTRICT COURT OF CALIFORNIA, COUNTY OF | |
| PLAINTIFF: BRENT THARP, AN INDIVIDUAL<br>DEFENDANT: CITIBANK N.A. ET AL. | CASE NUMBER:<br>CV14-3519 ODW MRWX |
| PROOF OF SERVICE | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by ELITE LEGAL SERVICES OF NY INC. on 5/23/2014 at 11:31 am to be served on **CITIBANK N.A., 1 COURT SQUARE, 10TH FLOOR, LONG ISLAND CITY, NY 11120.**

3. served a CORPORATION by delivering a true copy of the **SUMMONS & COMPLAINT FOR DAMAGES & JURY TRIAL DEMAND** with the date and hour of service endorsed thereon by me, to: **TONYA HUGGUP** as **AUTHORIZED AGENT** for **CITIBANK N.A.**, at the address of: **1 COURT SQUARE, 10TH FLOOR, LONG ISLAND CITY, NY 11120**, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service:  5/29/2014 at 11:40 am

5. Description of Person Served:  Age: 30, Sex: F, Race/Skin Color: Black, Height: 6'0", Weight: 125, Hair: Black, Glasses: Y

6. My name, address, telephone number, and, if applicable, county of registration and number are:
Name: HUMBERTO S. ALMANZAR
Firm: ELITE LEGAL SERVICES OF NY INC.
Address: 1603 FRANCIS LEWIS BLVD., WHITESTONE, NY 11357
Telephone number: (718) 831-9060
Registration Number: 0863590
County: All Areas
The fee for the service was:

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5-30-14

HUMBERTO S. ALMANZAR
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

CORISSA MARTINEZ
COMMISSIONER OF DEEDS
City of New York - No. 3-7441
Certificate Filed in Queens County
Commission Expires July 1, 2014

5-30-14

PROOF OF SERVICE

Page 1 of 1

Job Number ELT-2014001959