# United States District Court
# Central District of California

| | |
|---|---|
| BRENT THARP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.; TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES<br>LLC; EXPERIAN INFORMATION<br>SOLUTIONS INC.; DOES 1–10,<br><br>　　　　　　Defendants, | Case No. 2:14-cv-3519-ODW(MRWx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

　　　Based on the Amended Notice of Settlement filed by Plaintiff Brent Tharp, the Court hereby **ORDERS** Tharp and Defendant Citibank, N.A. **TO SHOW CAUSE**, in writing, **no later than Friday, September 26, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a voluntary dismissal or stipulation to dismiss as permitted by Federal Rule of Civil Procedure 41. Citibank's Motion to Compel Arbitration is taken off calendar pending dismissal of this action. (ECF No. 18.)

　　　**IT IS SO ORDERED.**

　　　September 3, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**